IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC.<br><br>Plaintiff<br><br>v.<br><br>ADVANCED DELIVERY & CHEMICAL SYSTEMS, LTD., ET AL.<br><br>Defendants | Civil No. C-99-5263<br><br>AMD 01 CV 290 |

## ORDER

Upon consideration of the Northrop Grumman Corporation's Motion For a Protective Order or, in the alternative to Quash the Subpoena, it is this 26th day of March, 2001

ORDERED, that the Motion For a Protective Order BE and hereby IS GRANTED.

THE CLERK SHALL CLOSE THIS CASE.

_____
Judge
United States District Court for the District of Maryland

MAR 2 6

Balt2:468639:1:1/29/01
25248-20